**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Rafael Emanuel RODRIGUEZ–
ESCARENO, Defendant–
Appellant.**

No. 06–51616
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 20, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Eduardo Solis, Law Offices of Eduardo Solis, El Paso, TX, for Defendant–Appellant.

Before KING, WIENER, and ELROD, Circuit Judges.

---

PER CURIAM: *

The attorney appointed to represent Rafael Emanuel Rodriguez–Escareno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez–Escareno has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

